# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30078
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 25, 2016

Lyle W. Cayce
Clerk

RANDY HUGHES,

Petitioner-Appellant

v.

J. TIM MORGAN, Warden, Winn Correctional Center,

Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-2841

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Randy Hughes, Louisiana prisoner # 117275, appeals the district court's dismissal of his 28 U.S.C. § 2254 application challenging his convictions for attempted distribution of cocaine and possession of cocaine, as well as his adjudication as an habitual offender and his resulting 20-year sentence. The only issue properly before this court is whether *Martinez v. Ryan*, 132 S. Ct. 1309 (2012), can be applied to excuse the procedural default of Hughes's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ineffective assistance of counsel claims. *See Sonnier v. Johnson*, 161 F.3d 941, 946 (5th Cir. 1998). Pro se briefs are afforded liberal construction. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Nevertheless, it is well settled that an appellant "abandons all issues not raised and properly presented in [his] initial brief on appeal." *Banks v. Thaler*, 583 F.3d 295, 329 (5th Cir. 2009). Because Hughes has failed to adequately brief his argument, he has abandoned the critical issue of this appeal. Accordingly, the district court's judgment is AFFIRMED.